**Electronically Filed
Supreme Court
SCWC-16-0000568
27-SEP-2019
09:52 AM**

SCWC-16-0000568

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

IN RE OFFICE OF INFORMATION PRACTICES
OPINION LETTER NO. F16-01

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000568; S.P. NO. 15-1-0097(1))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant James R. Smith's application for writ of certiorari filed on July 29, 2019, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, September 27, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

